RICHARDO, A Minor, By and Through his custodian Roque DE LA FUENTE II; Regina, a Minor, By and Through Her Custodian Roque De La Fuente II; Roberto Schoeder–Huerta, A minor, by and through his custodian Roque De La Fuente II; Felipe Zavier, A Minor, by and through His Custodian Roque De La Fuente II; Katayoun, A Minor, by and through Her Custodian Roque De La Fuente II; Roque De La Fuente, II, Plaintiffs–Appellants,

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, A Federal Entity Defendant, Defendant–Appellee.**

No. 04–56373.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 9, 2007.

Filed Feb. 15, 2007.

Bradley L. Jacobs, Attorney at Law, Michael H. Fish, Esq., Niddrie & Fish, LLP, San Diego, CA, for Plaintiffs–Appellants.

Charles L. Cope, II, Esq., FDIC–Federal Deposit Insurance Corporation, Washington, DC, for Defendant–Appellee.

Before: KOZINSKI and TROTT, Circuit Judges, and MOLLOY,* District Judge.

## MEMORANDUM **

At oral argument, plaintiffs' counsel represented that his clients no longer own any bank stock. As such, all claims for injunctive and declaratory relief are moot. *See Jones Intercable of San Diego, Inc. v. City of Chula Vista*, 80 F.3d 320, 328 (9th Cir. 1996). Plaintiffs' remaining claim for damages arising out of a due process violation is barred by *FDIC v. Meyer*, 510 U.S. 471, 114 S.Ct. 996, 127 L.Ed.2d 308 (1994), which held that a *Bivens* action cannot be brought against a federal agency. *Id.* at 484–85, 114 S.Ct. 996.

---

* The Honorable Donald W. Molloy, Chief United States District Judge for the District of Montana, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

DISMISSED IN PART; AFFIRMED IN PART.